**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Texas__
                                (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | EXCELLENCE MEDICAL GROUP, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 4 7 _ 1 1 9 3 4 5 2 |

4. **Debtor's address**

**Principal place of business**

9301 Southwest Freeway
Number        Street

Suite 325

Houston, TX  77074
City                State      ZIP Code

Harris County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State      ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.excellencemedgroup.com |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |



Debtor _____     Case number (if known)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  5  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____   When _____   Case number _____
                                            MM / DD / YYYY

         District _____   When _____   Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____   Relationship _____

         District _____   When _____
                                                            MM  /  DD  / YYYY

         Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2



Debtor _____   Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number       Street

                          _____

                          _____
                          City                        State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone           _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _____                     Case number (if known)_____
             Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/30/2017_
                  MM / DD / YYYY

x _Joanna Davis_ (signature)                     Joanna Davis
Signature of authorized representative of debtor          Printed name

Title _President/CEO_

18. **Signature of attorney**

x _Joe Epstein_ (signature)                     Date _10/30/2017_
Signature of attorney for debtor                          MM / DD / YYYY

Joseph G. Epstein
Printed name

Joseph G. Epstein PLLC
Firm name

PO Box 1228
Number        Street

Bellaire, Texas 77402-1228
City                                          State      ZIP Code

713-222-8400                                  joe@epsteintexaslaw.com
Contact phone                                 Email address

06639320                                      TX
Bar number                                    State

## United States Bankruptcy Court
### Southern District of Texas

In re   **EXCELLENCE MEDICAL GROUP, LLC**

Debtor(s)

Case No. _____

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULES 1007 (a)(1) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007 (a)(1) and 7007.1, the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

☐ None [*Check if applicable*]

**RJ Chimax LLC**
**714 Ferris Ave.**
**Waxahachie, TX 75165-2552**

**MD Foot and Ankle, LLC**
**1200 Binz St., #1275B**
**Houston, TX 77004**

**Sugar Land Podiatry Associates PA**
**123 Sorrento**
**Sugar Land, TX 77478**

**Surgical Executive Management Partners, LLC**
**9301 Southwest Freeway, Suite 325**
**Houston, TX 77074**

Fill in this information to identify the case:

Debtor name    **Excellence Medical Group, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
●   Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>October 30, 2017</u>    X   *Joanna Davis*
                                  Signature of individual signing on behalf of debtor

                                    **Joanna Davis**
                                    Printed name

                                    **President/CEO**
                                    Position or relationship to debtor

## WRITTEN CONSENT OF THE MEMBERS
## OF EXCELLENCE MEDICAL GROUP, LLC

The undersigned, being the Members of Excellence Medical Group, LLC, a Texas limited liability company (the "Company"), pursuant to the provisions of the Company Agreement and the relevant Texas statutes, hereby consent to the adoption of the following resolutions and to the action authorized in such resolutions being taken by the Members of the Company, as evidenced by their signatures below, in lieu of a meeting thereof:

**RESOLVED,** that the Company should file for bankruptcy protection under Chapter 7 of the Bankruptcy Code with an appropriate Federal Bankruptcy Court sitting in Harris County, Texas;

**RESOLVED,** that Joanna Davis, the President of a Member of the Company, is hereby authorized and directed to prepare or cause to be prepared the Voluntary Petition and to cause the initiation and prosecution of a Chapter 7 case under the Bankruptcy Code (the "Bankruptcy Case");

**RESOLVED,** that Joanna Davis, the President of a Member of the Company, is hereby designated as the Corporate Representative for the Company in the Bankruptcy Case, to the extent that she agrees to it, for purposes of, *inter alia*, appearing at the 341 Meeting, 2004 Examinations and/or depositions of the Company and hearings on behalf of the Company and execution of necessary pleadings and documents to be filed in the Bankruptcy Case;

**RESOLVED,** that the Company is authorized and directed to employ and retain the firm of Joseph G. Epstein PLLC, Attorney at Law, to represent the Company in the Bankruptcy Case under the Bankruptcy Code based on the Engagement Letter attached hereto;

**RESOLVED,** that the Company authorizes Sugar Land Podiatry Associates PA and MD Foot and Ankle, LLC and/or their affiliates to pay the retainer and filing costs to Joseph G. Epstein PLLC as required by the Engagement Letter, to the extent they agree to do so, with all rights to seek a claim for such funds reserved.

The undersigned, being a super majority of the Members, hereby consent to the foregoing effective the  29 th day of October 2017.

{01181975.DOCX 1 }

**EXCELLENCE MEDICAL GROUP, LLC**

By:    **MD Foot and Ankle, LLC**

By:_____
Dr. Sherman Nagler
**Managing Member**

By:    **Sugar Land Podiatry Associates, PA**

By:_____
Dr. Bryan Lee

By:    **Surgical Executive Management Partners, LLC**

By:_____
Joanna Davis
President

By:    **RJ CHIMAX LLC**

By:_____
Dr. Richard Francis
President

{01181975.DOCX 1 }

Managing Member


By:   Sugar Land Podiatry Associates, PA

By: _____
Dr. Bryan Lee


By:   Surgical Executive Management Partners, LLC

By: _____
Joanna Davis
President

By:   RJ CHIMAX LLC


By: _____
Dr. Richard Francis
President

{01181975.DOCX 1 }